MARCH 28, 1977

No. 76–1065. McINTOSH v. ANAHEIM UNION HIGH SCHOOL DISTRICT ET AL. Appeal from Ct. App. Cal., 4th App.

Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.